

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00317-CV

**IN THE INTEREST OF A.M.**, B.M., and E.M., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00328
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is indigent; no costs are taxed against Appellant.

SIGNED September 17, 2014.

_____
Patricia O. Alvarez, Justice